# "EXHIBIT A"



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = PCR Distributing
Search Results: Displaying 1 of 1 entries



*Echo Base.*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu000977849 / 2008-01-17 |
| **Application Title:** | Echo Base. |
| **Title:** | Echo Base. |
| **Description:** | Sheet, 1 p. |
| **Copyright Claimant:** | PCR Distributing Co. Address: 5555 Magnatron Blvd., Ste. J, San Diego, CA 92111. |
| **Date of Creation:** | 2008 |
| **Authorship on Application:** | PCR Distributing Co., employer for hire; Citizenship: United States. Authorship: 2-Dimensional artwork. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | PCR Distributing Co. |



| **Save, Print and Email (Help Page)** |
|:---|
| Select Download Format  Full Record ▼   Format for Print/Save |
| Enter your email address: _____  Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page