# "EXHIBIT B"

